| AO-10 (WP) Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** **FOR CALENDAR YEAR 2003** | *Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)* |

| 1. Person Reporting *(Last name, first, middle initial)* SHADUR, MILTON I. | 2. Court or Organization U.S. District Court Northern District of Illinois | 3. Date of Report April 19, 2004 |
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* U.S. District Judge Senior status | 5. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial __X__ Annual ___ Final | 6. Reporing Period January 1 to December 31, 2003 |
| 7. Chambers or Office Address 219 South Dearborn St. Room 2388 Chicago, Ill. 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

|   | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
|   | ☐ NONE (No reportable positions.) | |
| 1 | Life trustee | Ravinia Festival Ass'n (not for profit) |
| 2 | Partner | Partnerships (investments only = no services) |
| 3 | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

|   | DATE | PARTIES AND TERMS |
|---|---|---|
|   | ☒ NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |

RECEIVED May 11 11 40 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|---|

**A. Filer's Non-Investment Income**

|   | | | |
|---|---|---|---|
|   | ☐ NONE (No reportable non-investment income.) | | |
| 1 | | Travelers Ins. Co. (monthly annuity from | Gross $448.08 |
| 2 | | matured life insurance policy | (taxable $310.56) |
| 3 | | | $ |

**B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)**

|   | | |
|---|---|---|
|   | ☒ NONE (No reportable non-investment income.) | |
| 1 | | |
| 2 | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☒ | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☒ | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☒ | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=25,000,001-50,000,000    P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SHADUR, MILTON I. | April 19, 2004 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy/sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, | Unless otherwise specified, all listed items are shares of common stock | | | | | | | | |
| 1 Wyeth | B | div | M | T | | | | | |
| 2 BP Amoco p.l.c. | A | div | K | T | | | | | |
| 3 Bell South | A | div | K | T | | | | | |
| 4 Consolidated Edison | B | div | K | T | | | | | |
| 5 East Bank Club (Chicago) limited partnership | A | pship income | J | Negative | | | | | |
| 6 Exxon-Mobil | B | div | L | T | | | | | |
| 7 Bank One IRAs CDs | C | cash distns | L | T | | | | | |
| 8 Bank One checking acct | A | int | J | T | | | | | |
| 9 Grant Hospital (bonds) Chicago | A | int | J | T | One bond redeemed | 7/7 | J | None | |
| 10 IBM | A | div | K | T | | | | | |
| 11 Scudder Money Market Fund | D | div | O | T | | | | | |
| 12 Lockheed-Martin | B | div | M | T | | | | | |
| 13 Northrop-Grumman | B | div | L | T | | | | | |
| 14 Pinnacle West | A | div | J | T | | | | | |
| 15 Burlington Northern Santa Fe | A | div | J | T | | | | | |
| 16 Skyline Industries | A | div | K | T | | | | | |
| 17 Marathon Oil | A | div | J | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
   (See Col. B1,D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=More than $5,000,000
2. Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
   (See Col. C1,D3)    N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000    P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
   (See Col. C2)    U=Book value    V=Other    W=Estimated

# FINANCIAL DISCLOSURE REPORT

Name of Person Reporting: SHADUR, MILTON I

Date of Report: April 19, 2004

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| | A. Description of Assets | B. Amount Code (A-D) | B. Type | C. Value Code (J-P) | C. Method Code (Q-W) | D. Type | D. Date Month/Day | D. Value Code | D. Gain Code | E. Identity |
|---|---|---|---|---|---|---|---|---|---|---|
| | NONE (No reportable income, assets, | | | | | | | | | |
| 1 | Walgreen | B | div | N | T | | | | | |
| 2 | Wynnewood Apts (Pa) reel estate partnership | A | int and distrib | J | Negative | | | | | |
| 3 | Condominium (Highland Park, IL) 1996 - $216,000 | | none | M | R | | | | | |
| 4 | Encana | A | div | K | T | | | | | |
| 5 | Fording Coal Trust | A | div | J | T | | | | | |
| 6 | Canadian Pacific Ry | A | div | J | T | | | | | |
| 7 | CP Ships | A | div | J | T | | | | | |
| 8 | Fairmont Hotels | A | div | J | T | | | | | |
| 9 | Northwestern Mutual Life (whole life policies) | | none | M | U | | | | | |
| 10 | Catellus Development (X) | A | div | J | T | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Oklahoma Industrial Authority Bond, listed last year at line 14 on page 1 of Part VII, was redeemed at maturity last year and was therefore omitted from this year's report

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Date April 19, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544